# Court of Appeals
# of the State of Georgia

ATLANTA,___October 09, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15I0027. MICHAEL HARRIDGE v. PATRICIA SAVARD.**

Michael Harridge and Patricia Savard were divorced on October 2, 2008, and the final divorce decree included provisions for child support and medical coverage of the minor child. On June 11, 2014, Savard filed a petition for modification of child support and citation of contempt for Harridge's failure to pay medical expenses. Harridge moved to dismiss the petition on the ground that it violated OCGA § 19-6-15 (k) (2). The trial court denied the motion and certified the issue for immediate review. This application followed.

The issues in this case arise out of the child support provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6). See also *Bagwell v. Bagwell*, 290 Ga. 378 (721 SE2d 847) (2012) (reversed trial court's denial of motion to dismiss premised upon violation of OCGA § 19-6-15 (k) (2)). In Georgia, child support is a form of alimony. *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985) (the purpose of alimony is to provide *support* for the needy spouse and minor children). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____10/09/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.